```
                IN THE UNITED STATE BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


    In Re    Dalton E. Norman              )   Chapter 13
                                           )
             Debtor                        )   No. 14-15512-JKF
                                           )
                                           )
```

## CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Approve Loan Modification and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor