IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                         :      Chapter 13

Dalton E. Norman              :      No.  14-15512-JKF

Debtor

ORDER

AND NOW, this _____ day of _____, 2017, it is
hereby ORDERED and DECREED that the Motion to Approve Loan
Modification is APPROVED and the Debtor is permitted to obtain a
loan modification on his property located at 7407 Georgian Road,
Philadelphia, PA 19138.

_____

**Date: November 16, 2017**

HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

Frederick L. Reigle

David M. Offen

Dalton E. Norman