United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                Case No. 14-15512-jkf
Dalton E. Norman                                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 2    Date Rcvd: Jul 26, 2018
                      Form ID: 138NEW    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2018.
```
db              +Dalton E. Norman,    7407 Gerogian Road,    Philadelphia, PA 19138-2223
13344352       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
13344351        +Bby/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
13344353        +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13344354        +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13408526         CitiMortgage, Inc,    P.O. Box 688971,    Des Moines, IA 50368-8971
13424392        +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13344355        +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13375915         Granite State Management & Resources,    PO Box 3420,    Concord NH 03302-3420
13872480        +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
13344358        +Nhhelc/Gsm&R,    Po Box 3420,    Concord, NH 03302-3420
13344360        +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13393266        +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13344361        +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13344362        +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13344363        +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13351993         Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
13400528         eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
                 New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jul 27 2018 01:48:10    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 27 2018 01:47:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 27 2018 01:48:01    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13352684         E-mail/Text: mrdiscen@discover.com Jul 27 2018 01:47:14    Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13344357        +E-mail/Text: mrdiscen@discover.com Jul 27 2018 01:47:14    Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13344356         E-mail/Text: cio.bncmail@irs.gov Jul 27 2018 01:47:19    Department of the Treasury,
                 Internal Revenue Service,    P.O. Box 9052,    Andover, MA 01810-9052
13344359        +E-mail/PDF: cbp@onemainfinancial.com Jul 27 2018 01:55:52    Onemain,    Po Box 499,
                 Hanover, MD 21076-0499
13427729         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2018 01:55:56
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                             TOTAL: 8
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                        Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: DonnaR                Page 2 of 2                  Date Rcvd: Jul 26, 2018
                              Form ID: 138NEW             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN     on behalf of Debtor Dalton E. Norman dmo160west@gmail.com,
               davidoffenecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    CITIMORTGAGE, INC. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Dalton E. Norman
    Debtor(s)

Bankruptcy No: 14−15512−jkf
Chapter: 13
_____

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/26/18

78 − 77
Form 138_new